VINCENZO IANNELLA ET AL., APPELLANTS, v. ARVID JOHNSON, RECORDER, ET AL., RESPONDENTS.

Argued May 20, 1948—Decided September 3, 1948.

For the appellants, *John T. Keefe.*

For the respondents, *Maurice M. Bernstein.*

Per Curiam.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Eastwood in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, BODINE, WACHENFELD, JACOBS, WELLS, DILL, FREUND, Mc-LEAN, SCHETTINO, JJ. 10.

*For reversal*—HEHER, BURLING, JJ. 2.